IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00227

TEAHEE LLC, a Colorado limited liability company,
Plaintiff,

v.

WE LOVE TEA LLC D/B/A TEAHEE BOBA LITTLETON, a Colorado limited liability company; T AND TEA LLC D/B/A TEAHEE BOBA LAKEWOOD, a Colorado limited liability company; and LEGACY HTLK, INC. D/B/A TEA-HEE BOBA AND D/B/A TEAHEE BOBA THORNTON, a Colorado limited liability company,
Defendants.

---

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION and
CERTIFICATE OF COMPLIANCE RE: CONSULTATION ON MOTION**

---

Plaintiff, Teahee LLC ("Plaintiff"), by and through its attorneys, Howard O. Bernstein, P.C., respectfully moves this Court for a preliminary injunction against the Defendants We Love Tea LLC d/b/a TeaHee Boba Littleton, T and Tea LLC d/b/a TeaHee Boba Lakewood, and Legacy HTLK, Inc. d/b/a Tea-Hee Boba and d/b/a TeaHee Boba Thornton, and each of their directors, principals, successors, parent companies, related entities, assigns, agents, servants, employees and those persons in active concert or participation with them (collectively the "Defendants"), pursuant to 15 U.S.C. § 1116(a), 17 U.S.C. § 502(a), F.R.C.P. 65, and the Court's equitable powers.

**D.C.COLO.LCivR 7.1(a) CERTIFICATION**

Shirin Chahal, Esq., one of the attorneys for Plaintiff, certifies that before the filing of this Motion for Preliminary Injunction (this "Motion"), she attempted to confer with the Defendants regarding the same. On December 18, 2023, Ms. Chahal provided the Defendants with a

1

preliminary copy of this Motion (identical to this submission except for this certification section), along with the accompanying brief, and the Verified Complaint with its exhibits, by email at: teaheeboba2021@gmail.com, and by Certified mail addressed to: We Love Tea LLC d/b/a TeaHee Boba Littleton, 3897 S. Dallas St., Aurora, CO 80014; T and Tea LLC d/b/a TeaHee Boba Lakewood, 3033 S. Parker Rd., Ste. 750, Aurora, CO 80014; and Legacy HTLK, Inc. d/b/a Teahee Boba Thornton, 3897 S. Dallas St., Aurora, CO 80014. On December 20, 2023, Ms. Chahal also telephoned the Defendants by dialing the phone numbers for the Defendants' tea shops: (303) 862-8959; (303) 954-8130; and (720) 287-4270.

The Defendants responded to Ms. Chahal by email to state they are opposed to this Motion and its request for relief.

## I. SUMMARY

1. Plaintiff submits with this Motion an accompanying brief citing the case law and analysis in support of its request.

2. The facts underlying this Motion are set forth in the Verified Complaint filed herewith and included as Exhibit 1.

3. Plaintiff moves the Court to issue a preliminary injunction in order to preserve the status quo and prevent "immediate and irreparable harm" to Plaintiff.

4. Based upon the relevant facts and legal authority set forth in the accompanying brief and the Verified Complaint, Plaintiff requests a preliminary injunction against the Defendants enjoining them from:

(a) providing, selling, marketing, advertising, promoting, or authorizing any third party to provide, sell, market, advertise, or promote tea shop services and tea products bearing

Plaintiff's mark, TEAHEE® (the "Mark"), as shown in Plaintiff's complaint and in <u>Exhibit A</u> to Plaintiff's complaint, or any other mark that is a confusingly similar variation or colorable imitation of Plaintiff's trademark and service mark;

 (b) engaging in any activity that infringes Plaintiff's rights in the Mark;

 (c) engaging in any activity constituting unfair competition with Plaintiff;

 (d) making or displaying any statement, representation, or depiction that is likely to lead the public or the trade to believe that the Defendants' goods or services are in any manner approved, endorsed, licensed, sponsored, authorized, or franchised by, or associated, affiliated, or otherwise connected with Plaintiff, or Plaintiff's goods and services are in any manner approved, endorsed, licensed, sponsored, authorized, or franchised by, or associated, affiliated, or otherwise connected with the Defendants;

 (e) using or authorizing any third party to use in connection with any business, goods, or services any false description, false representation, or false designation of origin, or any marks, names, words, symbols, devices, or trade dress that falsely associate such business, goods or services with Plaintiff or tend to do so;

 (f) registering or applying to register any trademark, service mark, domain name, trade name, or other source identifier or symbol of origin consisting of or incorporating the Mark or any other mark that infringes or is likely to be confused with the Mark, or any goods or services of Plaintiff, or Plaintiff as their source; and

 (g) aiding, assisting, or abetting any other individual or entity in doing any act prohibited by subparagraphs (a) through (f) above.

 5. Plaintiff respectfully requests oral argument be scheduled on this Motion.

3

## II. SECURITY.

F.R.C.P 65(c) requires giving of security by the applicant before a preliminary injunction shall issue. The amount of this security is to be determined by the Court in an amount the Court deems proper. F.R.C.P. 65(c). As further discussed in Plaintiff's accompanying brief, Plaintiff requests that the Court impose a bond of zero dollars in this instance.

F.R.C.P 65(b) indicates that a hearing shall be had on an application for preliminary injunction. Plaintiff wishes to further address the issue of security at the hearing regarding their application for a preliminary injunction.

## III. CONCLUSION.

For the foregoing reasons, Plaintiff respectfully requests that this Court hold a hearing within 14 days of the filing of this Motion, and then enter a preliminary injunction as described above.

Respectfully submitted this 24th day of January, 2024.

**HOWARD O. BERNSTEIN, P.C.**

*s/Howard O. Bernstein, Esq.*
Howard O. Bernstein, Esq.
Christine E. Breen, Esq.
Shirin Chahal, Esq.
Molly K. Reinhardt, Esq.
1111 Pearl Street, Ste. 203
Boulder, Colorado 80302
Telephone: (303) 494-3321
Fax: (303) 457-1175
Email: howard@bernsteinattorney.com
christine@bernsteinattorney.com
shirin@bernsteinattorney.com
molly@bernsteinattorney.com
*Attorneys for Plaintiff*